UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JACK DALY<br><br>　Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　Respondent. | Case No. 24-CV-1678-JPS<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Petitioner, Jack Daly, through his attorney, respectfully requests a brief extension of time, until September 30, 2025, to file his reply brief in support of his 28 U.S.C. § 2255 motion.

1. On September 3, 2025, the United States filed its Response to Mr. Daly's § 2255 motion.

2. Pursuant to the Court's Screening Order, Mr. Daly's reply brief is due 15 days after the filing of the Respondent's brief, making the current deadline September 18, 2025.

3. A short extension of time is necessary because undersigned counsel was occupied last week with a sentencing hearing in an unrelated matter, *United States v. Fenderson*, which began on Friday, September 12, 2025, and continued until October.

4. Due to the demands of preparing for and attending that hearing, counsel was unable to devote the necessary attention to drafting the reply in this matter.

5. Counsel for the petitioner has conferred with Assistant United States Attorney Kevin Knight, who has indicated that the government does not object to this requested extension.

For these reasons, Mr. Daly respectfully requests that the Court grant this unopposed motion and extend the deadline for filing his reply brief to September 30, 2025.

Respectfully submitted,

/s/Brandon Sample
Brandon Sample
Criminal Center LLC
1701 Pennsylvania Ave. N.W. # 200
Washington, DC 20006[1]
Tel: 202-990-2500
E-mail: brandon@criminalcenter.com

---

[1] Attorney Sample is admitted in Vermont and limits his practice to federal law matters before federal courts and federal agencies around the United States.